AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Joe Hand Promotions, Inc., <br> *Plaintiff* <br> v. <br><br> KJ'z Wings & Ale, LLC, d/b/a Scooters Lounge and Daniel Hyslop <br> *Defendants* | Civil Action No.     0:14-2868-JMC |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☒ the plaintiff, Joe Hand Promotions, Inc., recover from the defendants, KJ'z Wings & Ale, LLC, d/b/a Scooters Lounge and Daniel Hyslop, the amount of Eleven Thousand, Two Hundred Fifty and 00/100 ($11,250.00) Dollars in statutory and enhanced damages, plus Three Thousand, Three Hundred Thirty-Three and 75/100 ($3,333.75) Dollars in attorney's fees and costs for a sum of Fourteen Thousand, Five Hundred Eighty-Three and 75/100 ($14,583.75) Dollars.  Post Judgment interest shall run at a rate of .25%.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐  other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by the Honorable J. Michelle Childs, United States District Judge presiding.  The court having granted the plaintiff's motion for default judgment.

Date:   April 8, 2015                                                                *CLERK OF COURT*

                                                                                                            s/Angie Snipes
                                                                                            *Signature of Clerk or Deputy Clerk*